Probation Form No. 35 (1/92)

                                    Report and Order Terminating Probation /
                                                Supervised Release
                                      Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 21 2006

JAMES W. McCORMACK, CLERK
By: _____
                              DEP CLERK

UNITED STATES OF AMERICA

v.                           Case Number: 4:02CR00043-01 SWW

DEREK SHANE BRIDGES

On February 14, 2003, the above-named defendant was sentenced for the offense of possession of counterfeit checks to a probation term of 48 months. In addition, the following special conditions were ordered: 4 months home detention with electronic monitoring, drug testing, substance abuse treatment, financial disclosure, $12,605 restitution and a $100 special penalty assessment.

The defendant began supervision on February 14, 2003. Mr. Bridges has successfully completed all special conditions. He has maintained employment and a stable residence since the commencement of his supervision. He has not had any violations and has been compliant with all conditions imposed. He has made progressive strides toward achieving supervision objectives and appears to pose no risk to public safety. His criminal history does not include any history of violence.

Mr. Bridges meets the criteria for early termination recommended by the Judicial Conference Committee on Criminal Law under 18 U. S. C. 3564 (c); additionally, he has completed 36 months of supervision as required by statute. Therefore, it is recommended that the term of supervision be terminated.

                                                  Respectfully submitted,

                                                  Brent J. Young
                                                  U.S. Probation Officer

Agree: _____
Assistant U.S. Attorney

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Date this 21st day of March, 2006.

Honorable Susan Webber Wright
U.S. District Judge